IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr. A. No. 07-229-M |
| GARY A. JOHNSON, | : | |
| Defendant. | : | |

# MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

       **X**   Crime of violence (18 U.S.C. § 3156)

       ____   Maximum sentence life imprisonment or death

       ____   10+ year drug offense

       ____   Felony, with two prior convictions in above categories

       ____   Minor victim

       ____   Possession/ use of firearm, destructive device or other dangerous weapon

       ____   Failure to register under 18 U.S.C. § 2250

       **X**   Serious risk defendant will flee

       ____   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    __x__    Defendant's appearance as required

    __x__    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States **will**/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    _____    1. At the time the offense was committed the defendant was:

        _____ (a) on release pending trial for a felony;

        _____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        _____ (c) on probation or parole for an offense.

    _____    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    _____    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 16th day of November, 2007.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

By: _____
     Douglas E. McCann
     Assistant United States Attorney