IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 07-229M |
| GARY A. JOHNSON | : | |
| Defendant. | : | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Criminal Complaint and the related file in the above-captioned case.

              COLM F. CONNOLLY
              United States Attorney

BY: _____
    Douglas E. McCann
    Assistant United States Attorney

Dated: November 16, 2007

    **AND NOW** this 19th day of November, 2007, based upon the foregoing Motion,

**IT IS ORDERED** that Criminal Complaint and the related file in the above-captioned case be

**UNSEALED.**

            _____
            Honorable Leonard P. Stark
            United States Magistrate Judge
            District of Delaware