UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-229M |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GARY JOHNSON, | : | |
| | : | |
| Defendant. | : | |

ENTRY OF APPEARANCE

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as an attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: November 20, 2007.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLY
                                                  United States Attorney

                                                    /s/ Seth M. Beausang
                                                  Seth M. Beausang (DE I.D. No. 4071)
                                                  Assistant United States Attorney
                                                  1007 N. Orange Street, Suite 700
                                                  P.O. Box 2046
                                                  Wilmington, Delaware 19899-2046
                                                  (302) 573-6277, ext. 149
                                                  (302) 573-6220 (fax)